UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARRIOR SPORTS, INC.,

    Plaintiff/Counter Defendant,    CIVIL ACTION NO. 09-12102

    v.    DISTRICT JUDGE GERALD E. ROSEN

DICKINSON WRIGHT, PLLC,    MAGISTRATE JUDGE MARK A. RANDON

    Defendant/Counter-Plaintiff.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO FILE EXHIBITS
UNDER SEAL (DKT. NO 107) AND DENYING ITS MOTION TO COMPEL
NON-PARTY WARNER'S COMPLIANCE WITH SUBPOENA (DKT. NO. 113)**

    Defendant Dickinson Wright, PLLC ("Dickinson") has two motions pending: (1) a motion to file certain exhibits under seal (Dkt. No. 107); and (2) a motion to compel non-party Warner Norcross & Judd, LLP ("Warner") to comply with the April 30, 2012 subpoena (Dkt. No. 113). The Court has reviewed the submissions of Dickinson and Warner and heard oral argument on June 26, 2012. Being otherwise fully advised, and for the reasons stated on the record and in Warner's brief,

    IT IS ORDERED that Dickinson's motion to file certain exhibits under seal is GRANTED, and its motion to compel Warner's compliance with the April 30, 2012 subpoena is DENIED.

                s/Mark A. Randon
                MARK A. RANDON
                UNITED STATES MAGISTRATE JUDGE

Dated: June 27, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, June 27, 2012, by electronic and/or first class U.S. mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*